## Alice Nelson, Appellee, v. R. D. Nihan and C. E. Martin, Copartners, Trading as Nihan and Martin, Appellants.

Gen. No. 10,145.

opinion filed April 18, 1947; rehearing denied June 23, 1947; released for publication June 23, 1947. James Berry and Thomas Simmons, for appellants; Large, Reno & Zahm, for appellee; Guy B. Reno, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.